THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. HARRY HECKINGER, Appellant.

Argued January 11, 1937; decided January 26, 1937.

David P. Siegel, Samuel Hassen and Bernard Axler for appellant.

Charles P. Sullivan, District Attorney (John H. W. Krogmann of counsel), for respondent.

Judgments reversed and new trial ordered. There is no evidence in this record to justify the submission of this case to the jury. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.